IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH ANN WILLIAMS, | CASE NO. 5:13-cv-03387 EJD |
| Plaintiff(s), | **ORDER DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant(s). | |

Having reviewed the docket, the court has discovered the First Amended Complaint ("FAC") filed in state court on July 19, 2013 - prior to removal - has not yet been provided to the district court. It appears, however, that the parties agree the FAC is the currently-operative pleading since Defendant has moved to dismiss it. See Docket Item No. 22.

Accordingly, the court orders Plaintiff to file the FAC on ECF/PACER no later than **12:00 p.m. on September 19, 2013.**

**IT IS SO ORDERED.**

Dated: September 18, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-03387 EJD
ORDER DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT