UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH ANN WILLIAMS,<br><br>     Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1 to 20, inclusive,<br><br>     Defendants. | CASE NO.: 5:13-CV-03387-EJD<br><br>[Assigned to the Hon. Edward J. Davila]<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE STATUS CONFERENCE** |

In light of the joint status report filed by the parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The status conference scheduled for October 20, 2015 is CONTINUED to December 17, 2015 at 10:00 a.m.  The parties are directed to file a joint report at least seven (7) calendar days before this status conference, apprising the Court of any developments or issues that either party wishes to discuss at the conference.

Dated: 10/9, 2015

_/s/ Edward J. Davila_
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING JOINT REQUEST TO CONTINUE STATUS CONFERENCE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*

John L. Mlnarik, Esq.
THE MLNARIK LAW GROUP
2930 Bowers Avenue
Santa Clara, CA  95051
*Tel: 408.919.0088 | Fax: 408.919.0188*
*Email: john@mlnariklaw.com*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **October 7, 2015**.

| Barbara Cruz | /s/ Barbara Cruz |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |