UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH ANN WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.  5:13-cv-03387-EJD<br><br>**ORDER VACATING STATUS CONFERENCE** |

Having reviewed the parties' joint statement (Docket Item No. 74), the court has determined that a status conference is unnecessary at this time.  Accordingly, the Status Conference scheduled for December 17, 2015, is VACATED.

**IT IS SO ORDERED.**

Dated: December 11, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:13-cv-03387-EJD
ORDER VACATING STATUS CONFERENCE