UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH ANN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 5:13-cv-03387-EJD<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO SUBMIT EXCERPTS OF DEPOSITION TESTIMONY** |

The Court has received Plaintiff's filing titled "Declaration of Christopher G. Boscia Regarding Deposition Excerpts of Unavailable Witnesses." Dkt. No. 150. Plaintiff asks the Court to allow her to submit excerpts of deposition testimony from out-of-state witnesses.

Plaintiff's counsel acknowledges that he "missed the deadline for submission of excerpts" under this Court's standing order, but he asks the Court "to waive that requirement because of [his] engagement as lead trial counsel beyond the deadline."

The Court notes that Plaintiff was represented by competent counsel before the deadline had passed. Plaintiff has not shown good cause for relief from the deadline. Accordingly, Plaintiff's request is DENIED.

**IT IS SO ORDERED.**

Dated: August 4, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-03387-EJD
ORDER DENYING PLAINTIFF'S REQUEST TO SUBMIT EXCERPTS OF DEPOSITION TESTIMONY

1