FILED

AUG 10 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH ANN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national bank for itself and d/b/a WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 5:13-cv-03387-EJD<br><br>[The Honorable Edward J. Davila]<br><br>**JURY VERDICT FORM** |

We answer the questions submitted to us as follows:

1. Did Defendant Wells Fargo Bank, N.A. ("Wells Fargo") breach the loan contract it entered into with Plaintiff Elizabeth Ann Williams ("Plaintiff") with regard to Loan No. 0014382097? Answer YES or NO:

   Yes: _____     No: __X__

```
 1
 2
 3
 4      If you have answered "yes" to Question 1, continue to Question 2. If you have answered
 5  "no" to Question 1, please stop here, do not answer any further questions on this Verdict Form,
 6  and have the presiding juror sign and date this form.
 7
 8      2.    Did Plaintiff's claimed harm occur before June 27, 2009? Answer YES or NO:
 9      Yes: _____                            No: _____
10
11      Please have the presiding juror sign and date this form.
12
13
14  Signed: _____ (Presiding Juror)
15  Dated:  _____
```

2                                              CASE NO. 5:13-cv-03387-EJD
                                                JURY VERDICT FORM