UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELIZABETH ANN WILLIAMS,
　　　　　Plaintiff,
　　v.
WELLS FARGO BANK, N.A.,
　　　　　Defendant.

Case No. 5:13-cv-03387-EJD

**JUDGMENT**

This action having been tried to a jury and a verdict having been duly rendered,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant pursuant to the verdict filed on August 10, 2017 (Dkt. No. 161). Defendant's motion under Fed. R. Civ. P. 50 is DENIED AS MOOT. The preliminary injunction issued on September 30, 2013 (Dkt. No. 32), is VACATED.

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 11, 2017

　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:13-cv-03387-EJD
JUDGMENT

1