United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH ANN WILLIAMS, <br> Plaintiff, <br> v. <br> WELLS FARGO BANK, N.A., <br> Defendant. | Case No. 5:13-cv-03387-EJD <br><br> **ORDER RE AMENDED JUDGMENT** <br><br> Re: Dkt. No. 186 |

On November 8, 2017, Wells Fargo filed a proposed amended judgment that incorporates Wells Fargo's attorneys' fees award of $262,260.47. By November 16, 2017, Wells Fargo shall file a brief, not to exceed five pages, explaining why an amended judgment is necessary.

**IT IS SO ORDERED.**

Dated: November 9, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-03387-EJD
ORDER RE AMENDED JUDGMENT

1